# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

#6879
$0.89
1/21/10

January 21, 2010

Clerk, United States Bankruptcy Court
Federal Building
100 State Street
Rochester, NY 14614

  Re: Frederick Zambito
    Chapter 7 Case No. 09-20572

To the Clerk of the Court:

  Enclosed please find one check in the amount of $0.89 representing the following dividend payment(s) under $5.00, which amounts are required to be paid into the Court:

| Claim No. | Claimant | Dividend Pymt. |
|---|---|---|
| 8 | FIA Card Services | $0.89 |

  If you have any further questions, please feel free to call.

        Very truly yours,

        Michael H. Arnold
        Chapter 7 Trustee

enc.
MHA/ss



FILED
JAN 2 1 2010
BANKRUPTCY COURT
ROCHESTER, NY

Case 2-09-20572-JCN Doc 27 Filed 01/21/10 Entered 01/21/10 14:58:18 Desc Main
Document Page 1 of 1